8085

STATE *EX REL.* LYON, ATTORNEY GENERAL, v. BRADY.

NUISANCE.—When a respondent in an action to enjoin a nuisance files a return showing a complete abandonment in good faith of the nuisance and a discontinuance of the same within the jurisdiction of the Court, and that he does not contemplate doing any of the acts alleged in the petition as a nuisance within the jurisdiction of the Court, the petition will be dismissed with costs to the petitioner.

Petition in the original jurisdiction of the Court by Hon. J. Fraser Lyon, Attorney General, against P. A. Brady *et al.*

*Attorney General J. Fraser Lyon,* for petitioner.

*Messrs. Nelson, Nelson & Gettys,* contra.

January 8, 1912. The following order was filed:

Per Curiam. Returns to the rule to show cause herein issued having been made by the respondents, Charles J. Lynch, J. W. Rice, A. N. Elrod, F. W. Armbruster and T. A. Heise, and said return being sufficient in that they show a complete abatement and discontinuance in good faith of the alleged nuisance within the jurisdiction of this Court, and the declaration that the respondents do not contemplate doing any of the acts alleged in the petition herein as a nuisance, within the jurisdiction of this Court,

It is ordered, that the petition and rule to show cause herein be dismissed.

That the respondents herein do pay the costs of this proceeding, and that the same be taxed and adjusted by the clerk and submitted to the Court for approval.